UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: DOMESTIC AIRLINE TRAVEL
ANTITRUST LITIGATION

MDL No. 2656

**FILED**
OCT 28 2015
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO –2)**

On October 13, 2015, the Panel transferred 18 civil action(s) to the United States District Court for the District of Columbia for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* \_F.Supp.3d\_ (J.P.M.L. 2015). Since that time, no additional action(s) have been transferred to the District of Columbia. With the consent of that court, all such actions have been assigned to the Honorable Colleen Kollar–Kotelly.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of Columbia and assigned to Judge Kollar–Kotelly.

Pursuant to Rule 7.1 of the <u>Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation</u>, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the District of Columbia for the reasons stated in the order of October 13, 2015, and, with the consent of that court, assigned to the Honorable Colleen Kollar–Kotelly.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Columbia. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted

Oct 28, 2015

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

IN RE: DOMESTIC AIRLINE TRAVEL
ANTITRUST LITIGATION                                         MDL No. 2656

### SCHEDULE CTO-2 – TAG-ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|
| CALIFORNIA NORTHERN | | | |
| CAN | 3 | 15-04148 | Lawrence v. United Airlines, Inc. et al |
| FLORIDA MIDDLE | | | |
| FLM | 8 | 15-01975 | Gabriele v. Southwest Airlines Co. et al |
| ILLINOIS NORTHERN | | | |
| ILN | 1 | 15-06915 | Scribner v. American Airlines Group, Inc. et al |
| NEW YORK EASTERN | | | |
| NYE | 1 | 15-04559 | Connelly et al v. American Airlines, Inc. (AMR) et al |
| NYE | 1 | 15-04909 | Frank v. Delta Air Lines, Inc. et al |
| NYE | 1 | 15-04910 | Deninno v. Delta Air Lines, Inc. et al |
| NORTH CAROLINA MIDDLE | | | |
| NCM | 1 | 15-00728 | CONE v. AMERICAN AIRLINES, INC. et al |
| VERMONT | | | |
| VT | 1 | 15-00186 | Collins et al v. Southwest Airlines Co. et al |



**ECF DOCUMENT**
I hereby attest and certify that this is a printed copy of a document which was electronically filed with the United States District and Bankruptcy Courts for the District of Columbia.

ANGELA D. CAESAR, CLERK